UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CENTRAL  DIVISION


| | | |
|---|---|---|
| JOHN W LINDSTROM, | ) | |
| | ) | CASE NO. C07-3050 MWB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | IN A CIVIL CASE |
| COMMISSIONER OF SOCIAL SECURITY, | ) | |
| MICHAEL J ASTRUE, | ) | |
| | ) | |
| Defendant. | ) | |


This matter came before the Court.  The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Commissioner's decision be vacated and this cause is remanded under, 42 U.S.C. § 405 , to give the Commissioner a chance to further develop the record, obtain sufficient evidence, and conduct a proper credibility analysis of the claimant's statements.


DATED: September  29,  2008


Robert L. Phelps - Clerk


S/src
By: Deputy Clerk